
ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA

    v.

DUVAL XAVIER LARA,
   a/k/a "Colombia,"

              Defendant.

------------------------------x

NOTICE OF INTENT
TO FILE AN INFORMATION

07 CRIM 1123

07 Mag. 1484
07 Cr. _____

Daniels, J.

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
           December 4, 2007

                            MICHAEL J. GARCIA
                            United States Attorney

              By: _____
                  Marissa Molé
                  Assistant United States Attorney

AGREED AND CONSENTED TO:

              By: _____
                  Richard B. Lind, Esq.
                  Attorney for Duval Xavier Lara

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

12/5/07 WHEEL A