*JUDGE DANIELS*

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
          - v. -                  :
                                  :      WAIVER OF INDICTMENT
DUVAL XAVIER LARA,                :
     a/k/a "Colombia,"            :      07 Cr.
                                  :
             Defendant.           :      07CRM1123
                                  :
                                  :
- - - - - - - - - - - - - - - - - x
```

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                  _____
                                  DUVAL XAVIER LARA

```
  USDC SDNY
  DOCUMENT
  ELECTRONICALLY FILED       _____
  DOC #: _____            Richard B. Lind, Esq.
  DATE FILED: DEC 10 2007    Attorney for DUVAL XAVIER LARA
```

                                                _____
                       Witness:

Date:      New York, New York
                  , 2007