JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    - v. -                          :     INFORMATION

DUVAL XAVIER LARA,                  :     07CRIM1123
    a/k/a "Colombia,"               :

            Defendant.          :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 10 2007

## COUNT ONE

The United States Attorney Charges:

1. From at least in or about early September 2007, through on or about September 6, 2007, in the Southern District of New York and elsewhere, DUVAL XAVIER LARA, a/k/a "Colombia," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, namely, to violate Section 641 of Title 18, United States Code.

2. It was a part and an object of the conspiracy that DUVAL XAVIER LARA, a/k/a "Colombia," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did embezzle, steal, purloin, and knowingly convert to their own use and the use of another, money and things of value of the United States and a department and agency thereof, in violation of Title 18, United States Code, Section 641.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York, and elsewhere:

a. On or about September 5, 2007, in New York, New York, an individual acting under the direction of federal law enforcement agents ("Individual-1") met with two co-conspirators not named as defendants herein ("CC-1" and "CC-2"), and arranged a meeting for the following day, at which time they would sell approximately two kilograms of cocaine to Individual-1 for approximately $43,000.

b. On or about September 6, 2007, in Queens, New York, DUVAL XAVIER LARA, a/k/a "Colombia," the defendant, CC-1, and CC-2 gathered in a parking lot to meet with Individual-1, at which time LARA was carrying approximately two kilograms of a substance that was packaged in a manner consistent with the appearance of cocaine.

(Title 18, United States Code, Section 371.)

_____
MICHAEL J. GARCIA
United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

===

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

===

**UNITED STATES OF AMERICA**

- v. -

**DUVAL XAVIER LARA,**
a/k/a "Colombia,"

Defendant.

===

**INFORMATION**

07 Cr.

(18 U.S.C. § 371)

---

                        MICHAEL J. GARCIA
                        United States Attorney.

*[Handwritten notation:] 12/10/07 Filed Information & Waiver of Indictment. Deft. Pres. w/atty Richard [illegible] and AUSA Marcus Mole Pres. Deft. enters not guilty plea. Bail cont'd. s/ Mag. Judge Katz*